IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-124-18 |
| DAVID FUENTES, | |
| Defendant. | |

**O R D E R**

This matter is before the Court on Defendant's Motion requesting early termination of supervised release. (Doc. 1477.) The Government responded to Defendant's request and states that, in consultation with the United States Probation Office, it does not oppose Defendant's motion. (Doc. 1478.) After careful consideration and for good cause shown, the Court **GRANTS** Defendant's request.

THEREFORE, IT IS HEREBY ORDERED that Defendant David Fuentes is discharged from supervised release.

**SO ORDERED**, this 23rd day of April, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA